FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   OCT 01 2014   ★

LONG ISLAND OFFI—

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

HARRIS ORIGINALS OF NY., INC., f/k/a
HARRIS ORIGINALS OF NEW YORK, INC.,
f/k/a HARRIS DIAMOND CO., INC.,

    Plaintiff,

v.

MILITARY JEWELERS; UNITED MILITARY
TRAVEL; and CATHRINE JREISAT;

    Defendants.

Civil Action No. 14-CV-4685

**ECF CASE**

▓▓▓▓▓▓▓▓ **PERMANENT INJUNCTION**

The Court, having considered the Joint Stipulation for Entry of Permanent Injunction as to Defendants Military Jewelers, United Military Travel, and Cathrine Jreisat (together, "Defendants"), entered into between the Defendants and Plaintiff Harris Originals of NY., Inc., f/k/a Harris Originals of New York, Inc., and Harris Diamond Co., Inc. ("Plaintiff" or "Harris Originals"), and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, and pursuant to the Lanham Act, 15 U.S.C. §§ 1501 *et seq.*, and Copyright Act, 17 U.S.C. §§ 101 *et seq.*, Defendants, and any of their affiliates, officers, agents, servants, attorneys, employees, or other representatives, and all other persons in active concert or participation with them, who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from, directly or indirectly, anywhere in the world ("Permanent Injunction") from:

    a) Manufacturing, importing, advertising, marketing, promoting, selling, offering for sale, or otherwise distributing jewelry or other products embodying, bearing, or otherwise displaying the Mother's Medal of Honor Trademarks (all terms not defined

herein shall have the meaning(s) ascribed to them in Harris Originals' Complaint), the Mother's Medal of Honor Trade Dress, and/or the Mother's Medal of Honor Copyright, or any unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations thereof;

b) Selling or passing off, or inducing or enabling others to sell or pass off, any purported "Mother's Medal of Honor" or "Mother's Medallion of Honor" jewelry pieces, or any products embodying or displaying the Mother's Medal of Honor Trademarks, Mother's Medal of Honor Trade Dress, and/or Mother's Medal of Honor Copyright, which products have not actually been designed, produced, imported, and/or distributed under the control or supervision of Harris Originals, or approved for sale by Harris Originals in connection with the Mother's Medal of Honor Trademarks, Trade Dress, and/or Copyright;

c) Committing any acts calculated to cause purchasers to believe that purported "Mother's Medal of Honor" or "Mother's Medallion of Honor" jewelry pieces, or products embodying, bearing, or otherwise displaying the Mother's Medal of Honor Trademarks, Mother's Medal of Honor Trade Dress, or Mother's Medal of Honor Copyright, or any unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations thereof, originate with Harris Originals, when they do not;

d) In any way infringing or damaging the Mother's Medal of Honor Trade Marks, the Mother's Medal of Honor Trade Dress, and/or the Mother's Medal of Honor Copyright;

e) Engaging in any other acts calculated to cause consumer confusion, deception, or mistake, or to injure Harris Originals' business reputation, or to weaken the value,

goodwill, or distinctive quality associated with the Mother's Medal of Honor Trademarks, Mother's Medal of Honor Trade Dress, or the Mother's Medal of Honor Copyright, or Harris Originals;

f) Using the Mother's Medal of Honor Trademarks, the Mother's Medal of Honor Trade Dress, and/or the Mother's Medal of Honor Copyright, or any unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations thereof, on the Internet, including in the text of websites, as a domain name, and/or as a key word, search word, metatag, or as part of any description of a website in any submission or registration of any Internet website with a search engine or index (including but not limited to GoogleAdWords), unless directly and expressly authorized by Harris Originals;

g) Acting as an Internet Service Provider for, or opening or operating any websites, where counterfeit or infringing versions of Harris Originals' Mother's Medal of Honor jewelry pieces are sold;

h) Otherwise unfairly competing, as defined or established by relevant state and federal law, with Harris Originals in any way;

i) Attempting, causing, or assisting in any of the above-described acts, including but not limited to enabling others to engage in the above-described acts, or passing along information to allow others to do so;

j) Destroying, altering, deleting, or otherwise disposing of any documents, records, or electronically-stored information concerning the manufacture, import, distribution, advertisement, marketing, promotion, sale, offer for sale, or purchasing of any purported "Mother's Medal of Honor" or "Mother's Medallion of Honor" jewelry

pieces, or any products embodying, bearing, or otherwise displaying the Mother's Medal of Honor Trademarks, the Mother's Medal of Honor Trade Dress, or the Mother's Medal of Honor Copyright, or any unauthorized simulations, reproductions, counterfeits, copies, or colorable imitations thereof; and/or

k) Forming or causing to be formed any corporation or other entity that engages in any of the above-described acts.

IT IS SO ORDERED.

Dated: 10/1/14

s/ Sandra J. Feuerstein

United States District Court Judge